_____



SO ORDERED,

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: February 4, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____


IN THE UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**IN THE MATTER OF:**                                                    CASE NO.: 24-01228- JAW
**CHERYL DENISE HENDERSON**
**SS#:   XXX-XX-7706**

### RELEASE OF WAGES

THE ORDER HERETOFOR ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S EMPLOYER:

BROOKDALE ASSISTED LIVING
ATTN: PAYROLL
501 EAST NORTHSIDE DRIVE
CLINTON, MS 39056


WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Torri Parker Martin
Standing Chapter 13 Trustee
200 NORTH CONGRESS STREET
SUITE 400
JACKSON, MS 39201-1902

IS VACATED FOR THE FOLLOWING REASON(S): CASE CONVERTED

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

##END OF ORDER##