PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341(a) MEETING
03/06/2026

IN RE:    CASE NUMBER: 24-01228-JAW
HENDERSON, CHERYL DENISE

**APPEARANCES:**
(✓) DEBTOR 1    ( ) DEBTOR 2 (Wife in Joint Cases)
    (✓) Required picture I.D. produced    ( ) Required picture I.D. produced
    (✓) Required SSN verification produced    ( ) Required SSN verification produced
    (✓) Pay advices received    ( ) Pay advices received

Credit counseling certificate (✓) filed ( ) not filed.
Tax returns received for 2023 & 2024 (years) on 02/12/2026 (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
( ) DEBTOR'S REPRESENTATIVE _____
(✓) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute:
( ) DEBTOR(S) APPEARED PRO SE
    ( ) YES (NO) – If Pro Se, did anyone assist with preparation?
    ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(X) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTINUED TO THE ____ DAY OF _____, 20__ AT _____ O'CLOCK __.M.

(✓) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.

( ) CREDITOR(S) _____

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule _____
( ) OTHER: _____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL: NOTES: _____

DATED: 03/06/2026

_____
STEPHEN SMITH, TRUSTEE

Track # 056 ____ or Tape # _____, Side _____ Counter Start# _____