United States Bankruptcy Court

Southern District of Mississippi

In re:                                                   Case No. 24-01228-JAW

Cheryl Denise Henderson                    Chapter 7

        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 06, 2026 | Form ID: dn008 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

**Recip ID**               **Recipient Name and Address**
db                  + Cheryl Denise Henderson, 1011 Arlington St., Clinton, MS 39056-3805

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026                 Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Stephen Smith | trustee@hrkcpa.com  MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Cheryl Denise Henderson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form dn008finmgtcert (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 24–01228–JAW
**Chapter:** 7

**In re:**

Cheryl Denise Henderson
1011 Arlington St.
Clinton, MS 39208

**To: Debtor and his attorney**, if any:

### Notice of Deficiency

In this case, The Debtor has not filed a certificate of completion of a personal financial management course as required by Bankruptcy Rule 1007(b)(7). The Debtor or personal financial management course provider must file the certificate on or before **May 20, 2026**.

Failure to file the certificate by the above date may result in the case being closed without the entry of a discharge and further notice from the court.*

Dated: May 6, 2026

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601–608–4600

*If the case is closed and the Debtor still seeks a discharge, the Debtor must file a motion and notice to reopen the case to file the Debtor's certificate of completion of a personal financial management course and pay the required filing fee.*