Certificate Number: 17082-MSS-DE-040956903

Bankruptcy Case Number: 24-01228



17082-MSS-DE-040956903

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 8, 2026, at 1:01 o'clock PM MST, CHERYL D HENDERSON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: May 9, 2026          By: /s/Orsolya K Lazar

                           Name: Orsolya K Lazar

                           Title: Executive Director