United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                    Case No. 24-01228-JAW

Cheryl Denise Henderson                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                    User: mssbad                       Page 1 of 2
Date Rcvd: May 11, 2026                 Form ID: 318                       Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol          Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Cheryl Denise Henderson, 1011 Arlington St., Clinton, MS 39056-3805 |
| 5377167 | + Pearl Public Works, 2418 Old Brandon Rd, Pearl, MS 39208-4601 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + EDI: AISACG.COM | May 12 2026 00:17:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + EDI: PRA.COM | May 12 2026 00:17:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5377160 | + Email/PDF: creditonebknotifications@resurgent.com | May 11 2026 19:35:40 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5377161 | Email/Text: exeter@ebn.phinsolutions.com | May 11 2026 19:30:00 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016 |
| 5383090 | + EDI: AISACG.COM | May 12 2026 00:17:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City OK 73118-7901 |
| 5377162 | + EDI: AMINFOFP.COM | May 12 2026 00:17:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5377163 | + EDI: PHINGENESIS | May 12 2026 00:17:00 | Genesis FS, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5399640 | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2026 19:35:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5377165 | Email/Text: EBN@Mohela.com | May 11 2026 19:29:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5417491 | Email/Text: EBN@Mohela.com | May 11 2026 19:29:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 5377164 | + Email/Text: collections@memexcu.com | May 11 2026 19:30:00 | Members Exchange CU, Attn: Bankruptcy Dept, Po Box 31049, Jackson, MS 39286-1049 |
| 5381254 | + EDI: AGFINANCE.COM | May 12 2026 00:17:00 | OneMain Financial Group, LLC as servicer for, OneMain Financial Issuance Trust 2022-3, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5377166 | + EDI: AGFINANCE.COM | May 12 2026 00:17:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5465591 | + EDI: PRA.COM | May 12 2026 00:17:00 | PRA Receivables Management, LLC as agent of, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5392765 | + EDI: JEFFERSONCAP.COM | May 12 2026 00:17:00 | Premier Bankcard, LLC; Jefferson Capital |

District/off: 0538-3        User: mssbad        Page 2 of 2

Date Rcvd: May 11, 2026        Form ID: 318        Total Noticed: 18

|  |  |  |  |
|---|---|---|---|
| | | | Systems, LLC Assignee, Jefferson Capital System, LLC, PO BOX 7999, St. Cloud, MN 56302-7999 |
| 5394234 | EDI: Q3G.COM | | |
| | | May 12 2026 00:17:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2026        Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Stephen Smith | trustee@hrkcpa.com MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Cheryl Denise Henderson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

<table>
<tr><td colspan="2"><strong><em>Information to identify the case:</em></strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Cheryl Denise Henderson</strong></td></tr>
</table>

**Information to identify the case:**

Debtor 1  **Cheryl Denise Henderson**

First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

Social Security number or ITIN   **xxx–xx–7706**

EIN   _ _ – _ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _

EIN   _ _ – _ _ _ _ _ _ _

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **24–01228–JAW**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Cheryl Denise Henderson**

Dated: 5/11/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2